UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>FEELIN RIGHT SMOKE SHOP, LLC d/b/a FEELIN RIGHT SMOKE SHOP, and JOEL D. ARRIETA,<br><br>                  Defendants. | Case No. 8:24-cv-01255-SPG-AGR<br><br>**JUDGMENT** |

      On April 18, 2025, the Court issued an Order granting in part and denying in part Plaintiff's Motion for Default Judgment. (ECF No. 25 ("Order")).

      Pursuant to that Order, the Court hereby ORDERS, ADJUDGES, and DECREES THAT:

    1.    This action is dismissed without prejudice as to Defendant Joel D. Arrieta;

    2.    Default judgment is entered in favor of Plaintiff GS Holistic, LLC, against Defendant Feelin Right Smoke Shop, LLC, d/b/a Feelin Right Smoke Shop ("Feelin Right"); and

//
//
//

1 | 3. Plaintiff is awarded statutory damages in the amount of $5,000.00, litigation costs in the amount of $537.00, and post-judgment interest under 28 U.S.C. § 1961, against Feelin Right only.

**IT IS SO ORDERED.**

DATED: May 15, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE